

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EPIR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNOVIA ENERGY TECHNOLOGIES, INC., <br><br> Defendant. <br><br> SUNOVIA ENERGY TECHNOLOGIES, INC., <br><br> Counterclaimant, <br><br> v. <br><br> EPIR TECHNOLOGIES, INC., SIVANANTHAN LABORATORIES, INC., AND SIVALINGAM SIVANANTHAN, <br><br> Counter-Defendants. | Case No. 10-4949 <br><br> Judge Joan H. Lefkow <br> Magistrate Judge Morton Denlow |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court by stipulation of EPIR Technologies, Inc., Sunovia Energy Technologies, Inc., Sivananthan Laboratories, Inc. and Sivalingam Sivananthan, by and through their attorneys, to dismiss the various claims asserted in EPIR's Complaint and Sunovia's Counterclaims with prejudice, IT IS HEREBY ORDERED that:

1. All claims asserted in EPIR's Complaint and Sunovia's Counterclaims are hereby dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(ii), with each party bearing its own attorneys' fees and costs.

2. This Order of Dismissal resolves all pending claims in Case No. 10-4949 and closes that case.

Approved as to form:

/s/ Matthew W. Walch
Matthew W. Walch (matthew.walch@lw.com)
Nicolas Siciliano
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7603
Facsimile: (312) 993-9767

*Attorneys for EPIR Technologies, Inc. and Sivalingam Sivananthan*


/s/ Jonathan C. Bunge
Jonathan C. Bunge (jonathan.bunge@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Sivananthan Laboratories, Inc.*


/s/ Wilson P. Funkhouser
Wilson P. Funkhouser (wfunkhouser@fvldlaw.com)
FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD.
55 West Monroe Street, Suite 2300
Chicago, Illinois 60603-5008
Telephone(312) 701-6800
Facsimile(312) 701-6801

*Attorneys for Sunovia Energy Technologies, Inc.*


IT IS SO ORDERED

Date: May 25, 2011

_____
Hon. Joan H. Lefkow
U.S. District Judge